# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| RICKY LEE KETCHUM, et al., | |
| Plaintiffs, | |
| v. | CASE NO. 3:21-CV-304-JD-MGG |
| THOR MOTOR COACH, INC., et al., | |
| Defendants. | |

## ORDER

On September 21, 2022, the parties filed their Joint Motion to Set Settlement Conference, which is **GRANTED**. [DE 36]. The Court hereby **SETS** a telephonic status conference for **Tuesday, September 27, 2022**, at **11:00 a.m. (E.D.T.)** for the purpose of selecting an appropriate date to conduct a settlement conference before the current deadline. [*See* DE 35].

To connect to the telephonic status conference, counsel should dial 877-336-1828, and enter access code 5433302# at least five minutes before the conference start time.

**SO ORDERED** this 23rd day of September 2022.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge